Dominick PASCULLI, Plaintiff-Appellant, v. Samuel S. LOWE, Deputy Commissioner of the United States Employees' Compensation Commission and Marra Bros., Inc., a Corporation, Defendants-Appellees.

No. 17.

Circuit Court of Appeals, Second Circuit.

Nov. 1, 1937.

Nathan Baker, of New York City, for appellant.

Lamar Hardy, of New York City, for appellee Samuel S. Lowe,

Jeremiah F. Connor, of New York City, for appellee Marra Bros., Inc.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.

■

Albert E. PEIRCE, Appellant, v. GREAT LAKES UTILITIES CORPORATION et al.

No. 6579.

Circuit Court of Appeals, Third Circuit.

Nov. 3, 1937.

E. Ennalls Berl, of Wilmington, Del. (Ward & Gray, of Wilmington, Del., of counsel), for appellant.

Edwin D. Steel, Jr., and Hugh M. Morris, both of Wilmington, Del., for appellees trustees of National Public Utilities Corporation.

Thomas Reath, Jr., and Drinker, Biddle & Reath, all of Philadelphia, Pa., for appellees Great Lakes Utilities Corporation.

Before BUFFINGTON and THOMPSON, Circuit Judges, and KIRKPATRICK, District Judge.

PER CURIAM.

Assuming for present purposes that the appeal was properly taken and allowed, we have considered the case on the merits. Accordingly, after full argument and due consideration had, we find ourselves in accord with the views of the court below in its approval of the plan of reorganization. So holding, the petition of the appellant is dismissed and the order of the court below (16 F.Supp. 1005) complained of is affirmed.

■

Sam PERRONE and Gasper Perrone, v. UNITED STATES of America.

No. 7637.

Circuit Court of Appeals, Sixth Circuit.

Oct. 15, 1937.

Donald B. Frederick, of Detroit, Mich., for appellants.

John C. Lehr, of Detroit, Mich., for the United States.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal in this cause be, and the same is, dismissed, pursuant to stipulation of counsel.

Appeal dismissed.